UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:06CR99RWS |
| | ) | |
| CRYSTAL WARREN, | ) | |
| | ) | |
| Defendant. | ) | |

# **ORDER**

This matter is before the Court on defendant Crystal Warren's motion to suppress evidence and statements.

Pursuant to 28 U.S.C. § 636(b), the motion was referred to United States Magistrate Judge Lewis M. Blanton. Judge Blanton held an evidentiary hearing on August 9, 2006. The defendant filed a supporting memorandum to the motion to suppress and the government filed a response in opposition to the defendant's memorandum. Thereafter Judge Blanton filed his Report and Recommendation regarding the defendant's motion. Defendant Crystal Warren has not filed any objection to the Report and Recommendation.

After fully considering the motion and the Report and Recommendation, I will adopt and sustain the thorough reasoning of Judge Blanton set forth in support of his recommended ruling.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the United States Magistrate Judge [#61] is **SUSTAINED, ADOPTED, and INCORPORATED** herein.

**IT IS FURTHER ORDERED** that defendant's motion to suppress evidence and statements [#40] is denied.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 21st day of November, 2006.